UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

J. Krist Schell

        v.                                     Civil No. 06-cv-425-JM

Thomas W. Kent

O R D E R

On December 1, 2006, a Motion for David Strock, Esq. to appear pro hac vice was filed by Attorney Melinda Caterine. It has come to the court's attention that Attorney Caterine is not a member of our bar, thus she cannot move for the admission of another. Therefore, my Order dated December 5, 2006 granting the Motion for David Strock to appear pro hac vice is stricken.

The Local Rules for the District of New Hampshire provide that an attorney may, at the discretion of the court, on motion by a member of our bar, be permitted to practice before this court in a particular action. Any attorney so admitted shall at all times be associated with a member of the bar of this court. Therefore, separate motions for pro hac vice admission of David Strock, Esq. and Melinda Caterine, Esq. shall be filed with the required fee within thirty (30) days, or the case may be referred to a judicial officer for appropriate action.

        SO ORDERED.

July 17, 2007                                                  /s/ James R. Muirhead
                                                            James R. Muirhead
                                                           United States Magistrate Judge

cc:    David Strock, Esq.
        Melinda Caterine, Esq.
        K. William Clauson, Esq.