**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>J. Krist Schell</u>

    v.                                       Civil No. 06-cv-425-JM

<u>Thomas W. Kent</u>

**O R D E R**

Defendant's Amended Motion for Summary Judgment (Document no. 50) is hereby disposed of in accordance with my Order dated May 9, 2008 (Document no. 55) granting in part and denying in part the cross Motions for Summary Judgment.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: May 20, 2008

cc:    David A. Strock, Esq.
        Melinda J. Caterine, Esq.
        K. William Clauson, Esq.