**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>J. Krist Schell</u>

    v.                                            Civil No. 06-cv-425-JM

<u>Thomas W. Kent</u>

**O R D E R**

Counsel will review and inform the court of any agreement on the breach of contract attorney's fees. final pretrial materials are to be filed on or before December 1, 2008. A telephonic pretrial will be held between December 5th and December 12th at a time arranged by counsel with the Deputy Clerk. Trial is scheduled for January 21, 2009.

**SO ORDERED.**

                                                /s/ James R. Muirhead
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: October 22, 2008

cc:    Daniel P. Schwarz
        David A. Strock
        Melinda J. Caterine
        K. William Clauson