UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

J. Krist Schell

    v.                                      Civil No. 06-cv-425-JM

Thomas W. Kent

### O R D E R

Defendant has filed a "Memorandum on Indemnification and Defense Costs." The issue of indemnification and defense costs was ruled upon in the summary judgment order in May of 2008 and was further considered in the October 2008 order on reconsideration. Defendant's memorandum is a miscellaneous filing not permitted by local or federal rule. It is not in furtherance or support of any pending motion and is untimely if intended as a further motion for reconsideration. The Clerk is ordered to strike document no. 76 from the docket. Any further such filings will result in sanctions.

    SO ORDERED.

                                                /s/ James R. Muirhead
                                                James R. Muirhead
                                                United States Magistrate Judge

Date: December 10, 2008

cc:   Daniel P. Schwarz, Esq.
       David A Strock, Esq.
       Melinda J. Caterine, Esq.
       K. William Clauson, Esq.