**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>J. Krist Schell</u>

    v.                                                                Civil No. 06-cv-425-JM

<u>Thomas W. Kent</u>

**O R D E R**

By order of April 6, 2009, counsel was instructed to refile the attorney's fees submission to reflect only fraud-related fees since that is the only count on which the jury found a right to the fees. Counsel filed an amended motion (document no. 109) and detailed billing records. Defendant has not objected to the resubmission.

After reviewing the filings, I find the rates charged are reasonable, the activities billed for were necessary to the fraud count, and the time spent reasonable. The request for $73,219.10 is granted.

**SO ORDERED.**  Final judgment may be entered.

_____
James R. Muirhead
United States Magistrate Judge

```
Date: May 11, 2009

cc:    David A. Strock, Esq.
       Melinda J. Caterine, Esq.
       K. William Clauson, Esq.
```